IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL R. CARVER II )
)  No. 3-10-1096
v. )
)
GENERAL MOTORS LLC )

O R D E R

By order entered October 26, 2011 (Docket Entry No. 24), the pretrial conference and trial were rescheduled and certain scheduling deadlines extended, including the deadline for filing dispositive motions, which was extended to March 6, 2012. However, no dispositive motion has been filed.

Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, March 21, 2012, at 1:00 p.m.,** to be initiated by defendant's counsel, to address whether the parties have reached or anticipate reaching a settlement in this case and, if not, to address any matters to be considered by the Magistrate Judge prior to the July 10, 2012, trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge