IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL R. CARVER II )
) No. 3-10-1096
v. )
)
GENERAL MOTORS LLC )

O R D E R

Pursuant to the order entered March 12, 2012 (Docket Entry No. 25), counsel for the parties called the Court on March 21, 2012, at which time they advised that the "fix" had worked and the truck no longer goes into four wheel drive.

Counsel also reported that the plaintiff had made a settlement demand in early February of 2012, to which the defendant had responded on March 20, 2012, and to which the plaintiff will reply.

Counsel for the parties shall continue their settlement discussions, and shall convene another telephone conference call with the Court on **Wednesday, April 4, 2012, at 11:00 a.m.,** to be initiated by defendant's counsel, to address the status of settlement negotiations, and, if it appears that the parties will not be able to reach a settlement in this case, to address whether ADR would be appropriate and whether scheduling deadlines should be extended.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge;