UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL R. CARVER, II, | ) |
| | ) |
| Plaintiff, | ) No. 3:10-cv-1096 |
| | ) |
| v. | ) Judge Sharp |
| | ) |
| GENERAL MOTORS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, *Plaintiff's Motion for Attorney's Fees and Costs* (Docket Entry No. 33) is hereby GRANTED. Plaintiff is awarded $12,600.32 in attorneys' fees and $954.50 in costs, for a total of $13,554.82.

It is further ORDERED that *Defendant's Motion for Oral Argument Regarding Plaintiff's Motion for Attorney's Fees and Costs* (Docket Entry No. 40) is hereby DENIED, and the *Joint Motion to Ascertain Status of Plaintiff's Motion for Attorney's Fees* (Docket Entry No. 41) is hereby DENIED AS MOOT.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE